United States District Court
Southern District of Texas
**ENTERED**
July 26, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESUS MARAVILLA, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. H-18-1309 |
| GRUMA CORPORATION, d/b/a MISSION TORTILLAS, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant's Second Motion to Dismiss, this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue individual arbitration against Defendant.

Costs are taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 26th day of July, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE